# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

145795

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KEVIN G. MURRAY,
        Plaintiff-Appellee,

v

SC: 145795
COA: 310776
Wayne CC: 12-001351-NO

ITC HOLDINGS CORP.,
JOSEPH L. WELCH,
JON E. JIPPING and
JOHN DOES 1-3,
        Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the July 26, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____

Clerk

p0225